**FILED**

**DEC 22 2009**

EUGENE R. WEDOFF,
BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:

KRISCOR CORP.

Debtor.

Case No. 09 B 03299

Chapter 11

## FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO JOHN H. REDFIELD, ATTORNEY FOR DEBTOR, FOR ALLOWANCE AND PAYMENT OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

TOTAL FEES REQUESTED: $19,725.00 [handwritten: 19,765]    TOTAL COSTS REQUESTED: $1,270.36
TOTAL FEES REDUCED: $0.00    TOTAL COSTS REDUCED: $47.00
TOTAL FEES ALLOWED: $19,725.00 [handwritten: 19,765]    TOTAL COSTS ALLOWED: $1,223.36

TOTAL FEES AND COSTS ALLOWED: $20,948.36 [handwritten: 20,988.36]

THE COURT HAS MARKED THE ATTACHED TIME AND EXPENSE ENTRIES THAT HAVE BEEN DISALLOWED IN WHOLE OR IN PART. THE BASIS FOR EACH DISALLOWANCE IS DISCLOSED BY THE NUMERICAL NOTATION THAT APPEARS ON THE LEFT SIDE OF EACH HIGHLIGHTED ENTRY. THE NUMERICAL NOTATIONS REFER TO THE ENUMERATED PARAGRAPHS BELOW.

(1)    **Reimbursement Limited to Actual, Necessary Expenses**
    The Court denies the allowance of reimbursement for expenses that were not actually and necessarily incurred by the applicant. *See* 11 U.S.C. §§ 330(a)(1)(B) & 331. The fee application fails to demonstrate that the requested expenses for photocopies or facsimiles (or both) were actual out-of-pocket disbursements and that the quoted rates were necessary in light of prevailing (and lower) commercial rates. In the absence of such proof, the Court will allow reimbursement of photocopy expenses at a rate of $.10 per page in accordance with prevailing commercial rates and will not allow expenses for facsimiles.

Dated: December 22, 2009

Eugene R. Wedoff
United States Bankruptcy Judge

1



## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In Re:                                )
                                      )    Case No. 09-03299
    KRISCOR CORPORATION,          )    Chapter 11
                                      )    Judge:  Eugene R. Wedoff
                                      )

### COSTS

| | |
|---|---|
| February 2, 2009 - Chapter 11 Filing Fee: | $1,039.00 |
| February 2009, September 2009 - mailings and delivery: | $ 64.36 |
| November 2009 - Photocopies (940 pages @ .15/page: | $ 141.00 |
| May 27, 2009 - Amended Schedule Filing Fee | $ 26.00 |
| Total: | $1,270.36 |

*[handwritten note:]* max 10 cents/page

940 pgs × $.10 = 94.00

①