IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
|    KRISCOR CORPORATION, | ) | Case No. 09-03299 |
|       Debtor. | ) | Chapter 11 |
| | ) | Judge Eugene R. Wedoff |

## AMENDED NOTICE OF MOTION

To:   See attached service list

**PLEASE TAKE NOTICE** that on January 6, 2010, at 10:00 a.m., I shall appear before the Honorable Eugene R. Wedoff, 219 S. Dearborn Street, Courtroom 744, Chicago, Illinois, and then and there present the Debtor's Motion for Final Decree, a copy of which is attached hereto and thereby served upon you. On that date you may appear and be heard on the matter if you so desire.

/s/ John H. Redfield

## CERTIFICATE OF SERVICE

I, John H. Redfield, an attorney, certify that I served those appearing on the attached Service List with a copy of this Notice and the Debtor's Motion by mailing copies of same to the addresses listed by First Class Mail, postage prepaid, facsimile and/or by electronic notification on December 31, 2009.

/s/ John H. Redfield

John H. Redfield
John H. Redfield & Associates, P.C.
102 S. Wynstone Park Dr., Suite 201
North Barrington, IL 60010
847-382-1220; 847-382-1225 facsimile
ARDC: 2298090

## Service List

U.S. Trustee
Dirksen Federal Court House
219 S. Dearborn St., Room 873
Chicago, Illinois  60604
Attn:  Denise DeLaurant, Esquire

Terrence Cunningham
Debbie Cunningham
210 W Main Street
Second Floor
Barrington, IL 60010
Facsimile No. 847-303-1054

Associate Area Counsel, SB/SE
IRS
200 West Adams Street, Ste. 2300
Chicago, IL  60606
Attn:  Brian Press, Esquire
Facsimile No. 312-368-8375

Douglas Johnson, Esquire
77 W. Wacker Dr., Ste. 4800
Chicago, IL 60601
Facsimile No. 312-444-1028