IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| KRISCOR CORPORATION, | ) | Case No. 09-03299 |
| Debtor. | ) | Chapter 11 |
| | ) | Judge Eugene R. Wedoff |
| | ) | Hearing Date: January 19, 2010; 10:00 am |

## NOTICE OF MOTION

To:   See attached service list

**PLEASE TAKE NOTICE** that on January 19, 2010, at 10:00 a.m., I shall appear before the Honorable Eugene R. Wedoff, 219 S. Dearborn Street, Courtroom 744, Chicago, Illinois, and then and there present the Debtor's Motion for Final Decree, a copy of which is attached hereto and thereby served upon you. On that date you may appear and be heard on the matter if you so desire.

/s/ John H. Redfield

## CERTIFICATE OF SERVICE

I, John H. Redfield, an attorney, certify that I served those appearing on the attached Service List with a copy of this Notice and the Debtor's Motion by mailing copies of same to the addresses listed by First Class Mail, postage prepaid, facsimile and/or by electronic notification on January 12, 2010.

/s/ John H. Redfield

John H. Redfield
John H. Redfield & Associates, P.C.
102 S. Wynstone Park Dr., Suite 201
North Barrington, IL 60010
847-382-1220; 847-382-1225 facsimile
ARDC: 2298090

Service List

U.S. Trustee
Dirksen Federal Court House
219 S. Dearborn St., Room 873
Chicago, Illinois 60604
Attn: Denise DeLaurant, Esquire

Terrence Cunningham
Debbie Cunningham
210 W Main Street
Second Floor
Barrington, IL 60010
Facsimile No. 847-303-1054

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **In Re:** | ) | |
| **KRISCOR CORPORATION,** | ) | Case No. 09-03299 |
| **Debtor.** | ) | Chapter 11 |
| | ) | Judge Eugene R. Wedoff |
| | ) | Hearing Date: Jan. 19, 2010 at 10:00 am |

## MOTION OF DEBTOR FOR FINAL DECREE

Now comes Kriscor Corporation, by and through its attorney, John H. Redfield of John H. Redfield & Associates, P.C., and as its motion for a final decree states as follows:

1. The plan of reorganization of the debtor which was confirmed by this court on November 12, 2009 has been substantially consummated in accordance with the terms and provisions of said plan.

2. Debtor has initiated disbursement to the creditors under the plan, in accordance with the confirmed plan of reorganization. Attached hereto as Exhibit "A" and made a part hereof is a list containing the names, addresses, and amounts paid to each such creditor.

3. Debtor has not been able to make distribution to the following creditors whose claims were allowed and whose addresses are stated as they appear in the claims filed: None

4. Pursuant to order dated December 22, 2009, John H. Redfield as attorney for the Debtor was allowed attorney's fees and costs of $21,035.36, leaving an unpaid balance of $15,035.36. The Debtor and John H. Redfield have agreed to payment of the above attorney's fees and costs at the rate of $1,500.00 per month beginning in January, 2010 and each month thereafter.

5. It is equitable to enjoin and stay all creditors of, claimants against, stockholders of, and persons having or claiming interests of any nature whatsoever in the property and assets of the said debtor, from pursuing or attempting to pursue or commence any suits or proceedings at law, in equity, or otherwise, against the said debtor or its property, or against any nominee, assignee, or grantee of said debtor, or against any person or corporation claiming by, through, or under it on account of or based upon any right, claim, or interest which any such creditor, claimant, stockholders, or other person may have had at the date of the filing of the debtor's petition under chapter 11 of the Bankruptcy Code, in, to, or against the said debtor and against its property and assets, except with respect to claims, rights, or interests arising out of the plan or orders of this court.

WHEREFORE Kriscor Corporation ("Kriscor") prays that a final decree be entered herein as follows:

      a. that said final decree discharge Kriscor from all debts and liabilities and terminate all rights and interests of the stockholders of Kriscor, except as provided in the plan, in the order confirming such plan, dated November 20, 2009 or the Order granting this motion;

      b. that such decree make the provisions proposed herein by way of injunction and close this estate; and

      c. that Kriscor have such other and further relief as is just.

Dated: January 12, 2010                                    Kriscor Corporation,

                                                              /s/ John H. Redfield

John H. Redfield
John H. Redfield & Associates, P.C.
102 S. Wynstone Park Dr., Suite 201
North Barrington, IL 60010
847-382-1220; 847-382-1225 facsimile
ARDC: 2298090

## Kriscor Bankruptcy Payments December 2009

| | |
|---|---|
| Internal Revenue Service<br>Attn: J. Howard<br>Mail Stop 5014 CHI<br>300 South Dearborn<br>Chicago, IL 60604 | $3,666.99 |
| Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | $301.96 |
| IDES<br>Collections-Bankruptcy Unit<br>33 South State St. 10th Floor<br>Chicago, IL 60603 | $594.00 |
| E Teryl Corporation (Right at Home)<br>11949 Q Street<br>Omaha, NE 60813 | $760.00 |
| Chase Business Loan<br>Bankruptcy Division<br>P.O. Box 9001022<br>Louisville, KY 40290 | $720.00 |
| Chase Business Line (WAMU)<br>Bankruptcy Division<br>P.O. Box 9001022<br>Louisville, KY 40290 | $374.27 |
| Wells Fargo Bank N.A.<br>MAC S4101-08C<br>100 W. Washington St.<br>Phoenix, AZ 85003 | $63.02 |



EXHIBIT A