**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No: 09 B 03299 |
| **KRISCOR CORPORATION** | ) | Honorable Eugene R. Wedoff |
| **DEBTOR** | ) | Hearing Date: January 19, 2010 |
| | ) | at 10:00 a.m. |
| | ) | |

**NOTICE OF HEARING TO ENTER FINAL DECREE OF CHAPTER 11 CASE**

TO:   All Known Creditors, Debtor and Other Parties in Interest

YOU ARE HEREBY NOTIFIED that on January 19, 2010, at 10:00 a.m., the Honorable Eugene R. Wedoff shall conduct a hearing on the Motion of Kriscor Corporation ("Debtor") to enter a Final Decree, in courtroom number 744, at the Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604.  On that date you may appear and be heard on the matter if you so desire.

Pursuant to local rule 3022-1, YOU ARE FURTHER NOTIFIED AS FOLLOWS:

a.)   The Amended Plan of Reorganization ("Plan") was confirmed on November 10, 2009 and became effective on or about November 20, 2009;

b.)   All administrative claims have been paid, except the attorney for the Debtor, who will be paid pursuant to a monthly installment agreement;

c.)   Pursuant to the Plan, the tax claims of the United States Treasury, Illinois Department of Revenue and the Illinois Department of Employment Security are to be paid over the five year statutory period, and on or about December 22, 2009, the Debtor mailed checks to the above taxing bodies in the sums of $3,666.99, $301.96 and $594.00 respectively;

d.)   On or about December 22, 2009, the Debtor mailed its franchisor, E. Teryl Corporation (Right at Home) a check for $760.00 pursuant to the Plan to cure the arrearage on its executory contract;

e.)   On or about December 22, 2009, the Debtor mailed a check in the sum of $720.00 to JP Morgan Chase, N.A., the only Class 3 secured claim;

f.)   On or about December 22, 2009, the Debtor mailed checks to its general unsecured creditors in Class 1, pursuant to the Plan;

g.)   The Class 2 shareholders of the Debtor, consisting of two shareholders each owning a 50% interest of the Debtor, have retained their stock; and

       h.)       The Debtor shall continue to remit its monthly payment to its creditors and the parties in interest pursuant to the Plan.

                         /s/ John H. Redfield

John H. Redfield, Esquire
John H. Redfield & Associates, P.C.
102 S. Wynstone Park Drive, Suite 201
North Barrington, IL 60010
847-382-1220; facsimile 847-382-1225
ARDS: 2298090

**SERVICE LIST**

Terrence & Debra Cunningham
4730 Sunflower Lane
Hoffman Estates, IL 60192

Right at Home
Mr. John Herdzina
8712 W. Dodge Road Ste 300
Omaha, NE 68114

U.S. Trustee
Dirksen Federal Court House
219 S. Dearborn Street, Room 873
Chicago, Illinois 60604

Chase/Washington Mutual
Managed Assets/Sarah Jones
201 N. Central Avenue, Floor 17
Phoenix, AZ 85004

Brian Press
Internal Revenue Service
Associate Area Counsel, SB/SE
200 West Adams, Ste. 2300
Chicago, IL 60606

Attorney General
100 W. Randolph St, 12th Floor
Chicago, IL 60601
Attn: Faith A. Dolgin

IL Dept of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664-0338

Broadacre Market Square, Inc.
4 Market Square Ct.
Lake Forest, IL 60045

IL Department Employment Security
33 S. State Street, 10th Floor
Chicago, IL 60603

Douglas Johnson, Esq
77 W Wacker Dr., Suite 4800
Chicago, IL 60601

Wells Fargo Bank
MAC S4101-08C
100 W. Washington Street
Phoenix, AZ 85003

**CERTIFICATE OF SERVICE**

  I, John H. Redfield, an attorney, certify that I served a copy of the foregoing Notice upon all parties listed above by mailing copies of same to the addresses listed by First Class Mail, postage prepaid, and/or electronic filing, on January 12, 2010.

                 /s/ John H. Redfield