**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | **Case No: 09 B 03299** |
| **KRISCOR CORPORATION** | ) | Honorable Eugene R. Wedoff |
|     **DEBTOR** | ) | Hearing Date: January 27, 2010 |
| | ) | at 10:00 a.m. |
| | ) | |

**NOTICE OF HEARING TO ENTER FINAL DECREE OF CHAPTER 11 CASE**

TO:   All Known Creditors, Debtor and Other Parties in Interest

    YOU ARE HEREBY NOTIFIED that on January 27, 2010, at 10:00 a.m., the Honorable Eugene R. Wedoff shall conduct a hearing on the Motion of Kriscor Corporation ("Debtor") to enter a Final Decree, in courtroom number 744, at the Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604.  On that date you may appear and be heard on the matter if you so desire.

    Pursuant to local rule 3022-1, YOU ARE FURTHER NOTIFIED AS FOLLOWS:

    a.)   The Amended Plan of Reorganization ("Plan") was confirmed on November 10, 2009 and became effective on or about November 20, 2009;

    b.)   All administrative claims have been paid, except the attorney for the Debtor, who will be paid pursuant to a monthly installment agreement;

    c.)   Pursuant to the Plan, the tax claims of the United States Treasury, Illinois Department of Revenue and the Illinois Department of Employment Security are to be paid over the five year statutory period, and on or about December 22, 2009, the Debtor mailed checks to the above taxing bodies in the sums of $3,666.99, $301.96 and $594.00 respectively;

    d.)   On or about December 22, 2009, the Debtor mailed its franchisor, E. Teryl Corporation (Right at Home) a check for $760.00 pursuant to the Plan to cure the arrearage on its executory contract;

    e.)   On or about December 22, 2009, the Debtor mailed a check in the sum of $720.00 to JP Morgan Chase, N.A., the only Class 3 secured claim;

    f.)   On or about December 22, 2009, the Debtor mailed checks to its general unsecured creditors in Class 1, pursuant to the Plan;

    g.)   The Class 2 shareholders of the Debtor, consisting of two shareholders each owning a 50% interest of the Debtor, have retained their stock;

   h.) The Debtor shall continue to remit its monthly payment to its creditors and the parties in interest pursuant to the Plan; and

   i.) Additionally, the Debtor will request the court to enter an order deeming the notice period given hereunder to be adequate under the circumstances.

              /s/ John H. Redfield

John H. Redfield, Esquire
John H. Redfield & Associates, P.C.
102 S. Wynstone Park Drive, Suite 201
North Barrington, IL 60010
847-382-1220; facsimile 847-382-1225
ARDS: 2298090

**SERVICE LIST**

| | |
|---|---|
| Terrence & Debra Cunningham<br>4730 Sunflower Lane<br>Hoffman Estates, IL 60192 | Right at Home<br>Mr. John Herdzina<br>8712 W. Dodge Road Ste 300<br>Omaha, NE 68114 |
| U.S. Trustee<br>Dirksen Federal Court House<br>219 S. Dearborn Street, Room 873<br>Chicago, Illinois 60604 | Chase/Washington Mutual<br>Managed Assets/Sarah Jones<br>201 N. Central Avenue, Floor 17<br>Phoenix, AZ 85004 |
| Brian Press<br>Internal Revenue Service<br>Associate Area Counsel, SB/SE<br>200 West Adams, Ste. 2300<br>Chicago, IL 60606 | Attorney General<br>100 W. Randolph St, 12th Floor<br>Chicago, IL 60601<br>Attn: Faith A. Dolgin |
| IL Dept of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Broadacre Market Square, Inc.<br>4 Market Square Ct.<br>Lake Forest, IL 60045 |
| IL Department Employment Security<br>33 S. State Street, 10th Floor<br>Chicago, IL 60603 | Douglas Johnson, Esq<br>77 W Wacker Dr., Suite 4800<br>Chicago, IL 60601 |
| Wells Fargo Bank<br>MAC S4101-08C<br>100 W. Washington Street<br>Phoenix, AZ 85003 | |

**CERTIFICATE OF SERVICE**

    I, John H. Redfield, an attorney, certify that I served a copy of the foregoing Notice upon all parties listed above by mailing copies of same to the addresses listed by First Class Mail, postage prepaid, and/or electronic filing, on January 19, 2010.

                                                                             /s/   John H. Redfield