**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

Honorable: Eugene R. Wedoff

Hearing Date: 1/27/2010

Bankruptcy Case No.: 09-03299

Adversary No.: n/a

Title of Case: Kriscor Corporation

Brief Statement of Motion: Motion for Final Decree

Names and Addresses of moving counsel: John Redfield, 102 S. Wynstone Park Dr. #201, N. Barrington, IL 60010

Representing: Debtor

## ORDER

It is hereby ordered that the above case is closed.

*/s/ Eugene R. Wedoff*

27 JAN 2010